JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VERONIA THARWAT ASKANDAR GARAS,

Plaintiff,

v.

MARKWAYNE MULLIN, ET AL.,

Defendants.

No. 8:26-cv-02540-DOC-JDE

**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [12]**

Hon. David O. Carter
United States District Judge

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant action shall be STAYED.

In the event that adjudication is not completed, either party shall file a further status report to the Court or move to lift the stay and resume litigation of this action.

Dated: October 21, 2026

David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE